ANDREW McLEAN, as Trustee for the Stockholders of the STANDARD NATIONAL BANK OF NEW YORK, Respondent, *v.* BOWLING GREEN TRUST COMPANY, Appellant.

*Doremus* v. *Bowling Green Trust Co.*, 124 App. Div. 939, affirmed.
(Argued January 22, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1908, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover upon a certificate of deposit.

*Henry Thompson* for appellant.

*Henry H. Bowman* and *Harold H. Bowman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

THERESA RAHM, as Administratrix of JOHN RAHM, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Rahm* v. *N. Y. C. & H. R. R. R. Co.*, 122 App. Div. 895, appeal dismissed.
(Argued January 22, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 24, 1908, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.